# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00226-JCM-NJK |
| Plaintiff, | **Order** |
| v. | (Docket No. 75) |
| GEORGE ALEMAN, | |
| Defendant. | |

Pending before the Court is a motion to withdraw as counsel filed by Defendant George Aleman's appointed attorney, Adam Gill. Docket No. 75. For good cause shown, that motion is **GRANTED** and Attorney Gill is hereby **WITHDRAWN** as Defendant's counsel. The Court further **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Attorney Gill immediately upon appointment to arrange for the transfer of the file.

IT IS SO ORDERED.

DATED: August 26, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE