1  Lance A. Maningo
   MANINGO LAW
2  Nevada Bar No. 6405
   400 South 4th Street, Suite 650
3  Las Vegas, Nevada 89101
4  702.626.4646
   lance@maningolaw.com
5  Attorney for Defendant ALEMAN

6                   UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  THE UNITED STATES OF AMERICA,
9
                                        2:21-cr-00226-JCM-NJK
10          Plaintiff,                  (First Request)
11 vs.
12 GEORGE ALFREDO ALEMAN,
13
14          Defendant.

15         **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**

16      IT IS HEREBY STIPULATED AND AGREED, by Defendant GEORGE ALFREDO
17 ALEMAN, by and through his attorney, LANCE A. MANINGO, and the United States of
18
19 America, by and through ALLISON REESE, Assistant United States Attorney, that the change
20 of plea hearing currently scheduled for May 12, 2023, at 10:00 a.m. be vacated and continued
21 a minimum of one-week (7 days) to a date and time convenient for this Court.
22
23 This Stipulation is entered into for the following reasons:
24      1.  Due to a personal emergency, Defense Counsel is unable to attend the currently
25          scheduled change of plea hearing;
26      2.  Defendant is in custody and does not object to a continuance;
27      3.  The Government does not object to a continuance;
28

                                    1

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the first request for a continuance of the change of plea hearing date in this case.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

By: /s/ Lance A. Maningo
LANCE A. MANINGO
Attorney for Defendant

By: /s/ Allison Reese
ALLISON REESE
Attorney for United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE ALFREDO ALEMAN,

    Defendant.

2:21-cr-00226-JCM-NJK

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Due to a personal emergency, Defense Counsel is unable to attend the currently scheduled change of plea hearing;
2. Defendant is in custody and does not object to a continuance;
3. The Government does not object to a continuance;
4. The denial of this request for a continuance could result in a miscarriage of justice; and
5. This is the first request for a continuance of the change of plea hearing date in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

///

///

3

## ORDER

IT IS THEREFORE ORDERED that change of plea hearing in this matter currently scheduled for May 12, 2023, at 10:00 a.m. be vacated and continued to May 17, 2023 at 10:30 a.m. in the above-noted Court.

DATED this 11th day of May, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:   /s/ Lance A. Maningo
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant TRAN

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com