Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant GEORGE ALEMAN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE ALFREDO ALEMAN,<br><br>Defendant. | 2:21-cr-00226-JCM-NJK-4<br><br>**MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO BE REMOVED FROM CM/ECF E-SERVICE LIST** |

COMES NOW, Lance A. Maningo, Esq., CJA appointed counsel for Defendant, GEORGE ALFREDO ALEMAN, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Serve List.

Mr. Aleman was sentenced by the Court on August 16, 2023. Counsel has concluded his representation of Mr. Aleman in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Counsel respectfully requests an Order allowing him to withdraw as counsel in this matter and be removed from CM/ECF E-Serve List.

DATED this 20th day of December 2023.

**MANINGO LAW**

By: /s/ Lance A. Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant GEORGE ALEMAN

IT IS SO ORDERED.
Dated: January 3, 2024

_____
UNITED STATES DISTRICT JUDGE

2